UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TERA B. LAU,**

        **Plaintiff,**

v.             Case No: 6:22-cv-1952-PGB-LHP

**LINDA FARMER and VOLUSIA COUNTY SHERIFF'S OFFICE,**

        **Defendants.**

_____/

# ORDER

This cause comes before the Court on Plaintiff's Motion to Proceed In Forma Pauperis. (Doc. 2 (the "**Motion**")). Magistrate Judge Leslie R. Hoffman submitted a Report (Doc. 7 (the "**Report**")) recommending that the Court strike the Motion, dismiss the complaint without prejudice, and permit Plaintiff to replead and to file a renewed motion to proceed in forma pauperis. Neither party has filed an objection, and the time to do so has now passed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Accordingly, the Court gives leave for Plaintiff to file an amended complaint along with a renewed motion by March 20, 2023.[1]

---

[1] The Court stresses Magistrate Judge Hoffman's advice regarding how Plaintiff might remedy the deficiencies in her Complaint as detailed in the Report. (*See* Doc. 7, pp. 4–7).

In addition, the Court notes that Plaintiff no longer plans to proceed with her request to proceed without paying the Court's fees and costs. (Doc. 13, p. 1).

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 9, 2023 (Doc. 7), is **ADOPTED** and **CONFIRMED** and made a part of this Order;

2. The Motion (Doc. 2) is **DENIED WITHOUT PREJUDICE**;

3. The Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**;

4. Plaintiff shall file an amended complaint in compliance with this Order and all applicable rules and law on or before March 20, 2023;

5. Plaintiff may also file a renewed Motion to Proceed In Forma Pauperis or before March 20, 2023; and

6. Failure to timely comply with this Order will result in the dismissal of this action without further notice.

**DONE AND ORDERED** in Orlando, Florida on February 27, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties